IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JODY WAYNE GREEN,                          )
                                           )
         Plaintiff,                        )
                                           )
    v.                                     )          CV 126-081
                                           )
PUBLIX SUPER MARKETS, INC.,                )
                                           )
         Defendant.                        )
                          _____

**O R D E R**
                          _____

The captioned case was opened in the Augusta Division of the Southern District of Georgia, even though the notice of removal is captioned for the Brunswick Division and states the removal is from the Superior Court of Camden County, Georgia. (See doc. no. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Brunswick Division. The Court **DIRECTS** the **CLERK** to issue new removal and discovery instruction documents as should have been entered if the case had been removed initially to the Brunswick Division. The parties shall follow all instructions and requirements in those newly issued documents.

SO ORDERED this 8th day of May, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA